```
                                United States Bankruptcy Court
                                       District of Nevada

In re:                                                                          Case No. 20-50017-btb
AFFORDABLE PATIOS & SUNROOMS                                                    Chapter 7
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0978-3           User: storylm              Page 1 of 2                   Date Rcvd: Jan 08, 2020
                               Form ID: 309C              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +AFFORDABLE PATIOS & SUNROOMS,    910 GLENDALE AVENUE,    SPARKS, NV 89431-5720
tr            ++CHRISTOPHER BURKE,    702 PLUMAS STREET,    RENO NV 89509-1734
                 (address filed with court:   CHRISTOPHER P. BURKE,    702 PLUMAS STREET,    RENO, NV   89509)
11046088       +ALEXCIS AND MARSHA RAJ,    10850 LONGHORN DRIVE,    Reno, NV 89508-8194
11046089       +ARRON AND CYNAMON HEIDE,    5740 RIVER BIRCH DRIVE,    Reno, NV 89511-4358
11046090       +AUDREY HAUG,    15 ECLIPSE DRIVE,    Sparks, NV 89441-0572
11046091       +BECKER FAMILY TRUST,    8510 SPEARHEAD WAY,    Reno, NV 89506-9726
11046092       +BECKY ELLIS,    9528 XANTHOS LANE,    Reno, NV 89521-4482
11046094       +CHEN KWOK,    275 WEST STREET,    Reno, NV 89501-1337
11046095       +CHERIE HALVERSON,    5370 ETHEL WAY,    Carson City, NV 89701-6722
11046096       +DAN LUCK,    18516 SILVERBELL COURT,    Reno, NV 89508-6039
11046097       +DAVID HENNESSY,    1235 CLIFF PARK WAY,    Reno, NV 89523-3906
11046098       +DIANE RUDNICK,    1023 HERNDON TRAIL,    Reno, NV 89523-9738
11046099       +EMELY SITKOFF,    2413 NAPOLI DRIVE,    Sparks, NV 89434-2121
11046100       +FOUR SEASONS SUNROOMS,    Acct No x8150,    5005 VETERANS MEMORIAL HIGHWAY,
                 Holbrook, NY 11741-4506
11046101       +FRANK LETO,    1083 TAZEWELL TRAIL,    Reno, NV 89523-9737
11046102       +GARY HOCKENSON,    11765 MISTLETOE STREET,    Reno, NV 89506-7969
11046103       +GLENN AND BONNIE DODD,    1555 CANTINIA DRIVE,    Sparks, NV 89436-5322
11046107       +JAMIE MCDONALD,    5929 SOLSTICE DRIVE,    Sparks, NV 89436-7140
11046108       +JIM AND CYNDY WHITE,    4795 CRESTSIDE DRIVE,    Sparks, NV 89436-3664
11046109       +JIM AND KELLY MCDANIELS,    14320 QUIET MEADOW DRIVE,    Reno, NV 89511-6621
11046110       +JOE AND STACY ZEIGLER,    3034 10 MILE DRIVE,    Sparks, NV 89436-7027
11046111       +JOHN COSSAVELLA,    445 KATHY TERRACE,    Sparks, NV 89436-8973
11046112       +JOHN D. MOORE,    MOORE LAW GROUP, PC,    3715 LAKESIDE DRIVE, SUITE A,    Reno, NV 89509-5349
11046113       +JOHN MCDONNELL,    2946 E. NASHUA PLACE,    Sparks, NV 89436-2522
11046114       +JOHN TALKINGTON,    4850 BRYCE DRIVE,    Carson City, NV 89706-0301
11046116       +JUAN RODRIGUEZ,    10696 FOXBERRY PARK DRIVE,    Reno, NV 89521-8380
11046117       +KAPITUS SERVICING,    2500 DISCOVERY BLVD., SUITE 200,    Rockwall, TX 75032-6335
11046118       +KATE HANLON,    1413 SNOW SUMMIT DRIVE,    Reno, NV 89523-6245
11046119       +KENT ELLIOTT,    2875 SAVONA DRIVE,    Sparks, NV 89434-2295
11046120       +LANA SCOLARI,    820 LAGUARDIA LANE,    Reno, NV 89511-7709
11046122       +LESLIE EVERETT ZIMMERMAN,    906 BATES AVENUE,    Reno, NV 89502-2621
11046123       +LEWIS AND DAWN BREGNI,    9211 SASSAFRASS TRAIL,    Reno, NV 89523-9732
11046124      #+LEWIS WALTER MATTICE,    11455 VERAZAE DRIVE,    Reno, NV 89521-3155
11046125       +LORRIE HERN,    9517 TENCENDUR LANE,    Reno, NV 89521-4481
11046126       +MATTHEW AND DEBORAH WOOD,    1251 HEYBOURNE ROAD,    Gardnerville, NV 89410-6146
11046127       +MONIQUE FESTINESE,    C/O HEATHER A. IJAMES, ESQ.,    LAW OFFICE OF HEATHER A. IJAMES,
                 63 KEYSTONE AVENUE, SUITE 101,    Reno, NV 89503-5572
11046128       +MONIQUE FESTINESE,    3347 POCO REY COURT,    Sparks, NV 89436-8435
11046129       +NEVADA STATE CONTRACTORS BOARD,    5390 KIETZKE LANE, SUITE 102,    Reno, NV 89511-2302
11046130       +NORMAN HUCKLE,    2970 IDLEWILD DRIVE,    Reno, NV 89509-1163
11046131       +O.S.R.,    5005 VETRANS MEMORIAL HIGHWAY,    Holbrook, NY 11741-4506
11046132       +PAUL AND KARIN QUINONES,    1169 BARN OWL DRIVE,    Sparks, NV 89436-9366
11046133       +PAUL GRAY GILBERT,    493 BECKWOURTH DRIVE,    Reno, NV 89506-4725
11046134        RENO PATIO AND FIREPLACE, LLC,    69 SUNSHINE LANE,    Reno, NV 89502
11046136       +RICHARD SINTDENIF,    2751 KENSINGTON PLACE,    Carson City, NV 89703-5438
11046137       +RICHARD TAYLOR,    910 GLENDALE AVE.,    Sparks, NV 89431-5720
11046139       +ROBB AND CAROL CHAMBERS,    17915 SUNSET PEAK COURT,    Reno, NV 89508-6038
11046140       +ROBERT F. LAUDER, P.E.,    RL ENGINEERING,    625 FAIRVIEW DRIVE #112,
                 Carson City, NV 89701-5430
11046141       +SAM AND MARY HICKMAN,    5062 KIVA COURT,    Sparks, NV 89436-1622
11046142       +SCOTT AND EDITH SANDBERG,    6040 W. HIDDEN VALLEY DRIVE,    Reno, NV 89502-9521
11046143       +SHANE BILLAU,    5385 TANNERWOOD DRIVE,    Reno, NV 89511-8012
11046145        STACIE SELMI,    2255 CHAROLAISE DIRCLE,    Sparks, NV 89431
11046146       +STEVE ROMERO,    2602 SWEET CLOVER COURT,    Minden, NV 89423-8885
11046147       +SUE KOZAK,    160 CARSON RIVER DRIVE,    Dayton, NV 89403-8820
11046148       +TAMMY POTTER,    1795 WABASH CIRCLE,    Sparks, NV 89434-8805
11046149       +TERESA SNAZA,    7641 DEVONSHIRE LANE,    Reno, NV 89511-2018
11046150       +TIMOTHY AND DENISE STIGER,    20972 WHITE ROCK DRIVE,    Reno, NV 89508-6010
11046151       +TODD KOPPER,    4765 WONDERSTONE DRIVE,    Sparks, NV 89436-4656
11046153       +TOM ROGERS,    2089 MARCUS WAY,    Sparks, NV 89436-9386
11046154       +TRACEY AND LEROY REAY,    208 RAY MAY WAY,    Gardnerville, NV 89410-5550
11046155        TRI STATE DISTRIBUTORS, INC.,    Acct No xx-xxx5000,    PO BOX 3623,    Spokane, WA 99220-3623
11046156       +TRIAN TRUSLER,    205 SILVER HORSE ROAD,    Reno, NV 89510-8719
11046157       +WALT AND GAYLE MATTICE,    11455 VERAZAE DRIVE,    Reno, NV 89521-3155
11046158       +WAYNE RIGBY,    1266 BELLATRIX WAY,    Sparks, NV 89441-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kad@darbylawpractice.com Jan 09 2020 03:01:48     KEVIN A. DARBY,
                 DARBY LAW PRACTICE, LTD.,    4777 CAUGHLIN PKWY,    RENO, NV   89519
tr              EDI: BCBURKE Jan 09 2020 07:58:00      CHRISTOPHER P. BURKE,    702 PLUMAS STREET,
                 RENO, NV   89509
```

```
District/off: 0978-3          User: storylm              Page 2 of 2          Date Rcvd: Jan 08, 2020
                              Form ID: 309C              Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust              +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jan 09 2020 03:02:00      U.S. TRUSTEE - RN - 7,
                  300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
11046106          EDI: IRS.COM Jan 09 2020 07:58:00      INTERNAL REVENUE SERVICE,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
11046144          E-mail/Text: dl-csgbankruptcy@charter.com Jan 09 2020 03:02:26      SPECTRUM,
                  8413 EXCELSIOR DRIVE, SUITE 120,    MADISON, WI 53717-1970
                                                                                             TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11046093         BRIAN R. TRUSLER
11046104         GLORIA RUDNICK
11046105         GREGORY WESTMORELAND
11046115         JOSEPH ZEIGLER
11046121         LEATHERS
11046152         TODD STIGEN
11046135       ##+RICHARD HILL,    P.O. BOX 2551,   Reno, NV 89505-2551
11046138       ##+RL ENGINEERING,    675 Fairview Dr #205,   Carson City, NV 89701-5468
                                                                               TOTALS: 6, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              CHRISTOPHER P. BURKE    TRUSTEECBURKE@CHARTER.NET, NV35@ecfcbis.com
              KEVIN A. DARBY    on behalf of Debtor    AFFORDABLE PATIOS & SUNROOMS kad@darbylawpractice.com,
               tricia@darbylawpractice.com;jill@darbylawpractice.com;makayla@darbylawpractice.com;sam@darbylawpr
               actice.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor  **AFFORDABLE PATIOS & SUNROOMS**  Name | | EIN  **68–0549312** |
| United States Bankruptcy Court  **District of Nevada**  Case number:  **20–50017–btb** | | Date case filed for chapter  **7**   **1/7/20** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | AFFORDABLE PATIOS & SUNROOMS | |
| 2. | **All other names used in the last 8 years** | dba RENO PATIO AND FIREPLACES | |
| 3. | **Address** | 910 GLENDALE AVENUE  SPARKS, NV 89431 | |
| 4. | **Debtor's attorney**  Name and address | KEVIN A. DARBY  DARBY LAW PRACTICE, LTD.  4777 CAUGHLIN PKWY  RENO, NV 89519 | Contact phone (775) 322–1237  Email:  kad@darbylawpractice.com |
| 5. | **Bankruptcy trustee**  Name and address | CHRISTOPHER P. BURKE  702 PLUMAS STREET  RENO, NV 89509 | Contact phone 775 333–9345 |
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Booth Street  Reno, NV 89509 | Office Hours: 9:00 AM – 4:00 PM  Contact phone: (775) 326–2100  Date: 1/8/20 |
| 7. | **Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 6, 2020 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **300 Booth Street, Room 3087, Reno, NV 89509** |
| 8. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.  If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1