**Fill in this information to identify the case:**

Debtor name    **AFFORDABLE PATIOS & SUNROOMS**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-50017**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 21, 2020**      X **/s/ RICHARD G. TAYLOR**
Signature of individual signing on behalf of debtor

**RICHARD G. TAYLOR**
Printed name

Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **AFFORDABLE PATIOS & SUNROOMS**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-50017**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $     **191,377.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................... $     **191,377.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **961,332.26**

4.  Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b     $     **961,332.26**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **AFFORDABLE PATIOS & SUNROOMS**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **20-50017**

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **NEVADA STATE BANK** | **CHECKING** | | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.** | $0.00 |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **9,883.00** | - | **0.00** | = .... | **$9,883.00** |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **AFFORDABLE PATIOS & SUNROOMS**              Case number *(If known)*  **20-50017**
          Name

| 11a. 90 days old or less: | **15,652.00** | - | **0.00** | = .... | **$15,652.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **19,871.00** | - | **0.00** | = .... | **$19,871.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **12,491.00** | - | **0.00** | = .... | **$12,491.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **23,486.00** | - | **0.00** | = .... | **$23,486.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **9,509.00** | - | **0.00** | = .... | **$9,509.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **16,000.00** | - | **0.00** | = .... | **$16,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **19,800.00** | - | **0.00** | = .... | **$19,800.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **21,181.00** | - | **0.00** | = .... | **$21,181.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **31,304.00** | - | **0.00** | = .... | **$31,304.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$179,177.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                         Case number *(if known)* **20-50017**
_____
Name

| | | | | |
|---|---|---|---|---|
| 19. | **Raw materials** | | | |
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** | | | |
| | **6 GAS STOVES** | | $0.00 | $6,000.00 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                                                      | $6,000.00 |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **DESKS, CHAIRS AND OFFICE FURNITURE** | $0.00 | | $200.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                      | $200.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                    Case number *(If known)*  **20-50017**
Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 MOSSIMO UTILITY VEHICLE** | $0.00 | | $4,000.00 |
| 47.2.  **2014 DUMP TRAILER** | $0.00 | | $2,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                            | $6,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                                Case number *(If known)*  **20-50017**
_____
Name

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of**
      **every nature, including counterclaims of the debtor and rights to**
      **set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership
      **CLAIM AGAINST NEVADA CONTRACTORS BOARD FOR**
      **WRONGFULLY PROHIBITING COMPLETION OF**
      **EXISTING JOBS**                                                               **Unknown**

      **RECYCLABLE ITEMS**                                                            **Unknown**

78.   **Total of Part 11.**                                                    |        **$0.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                    Case number *(If known)*  **20-50017**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $179,177.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $191,377.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $191,377.00 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>AFFORDABLE PATIOS & SUNROOMS</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td><strong>20-50017</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name  **AFFORDABLE PATIOS & SUNROOMS**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **20-50017**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |
| **3.1** Nonpriority creditor's name and mailing address<br>**ALEXCIS AND MARSHA RAJ**<br>10850 LONGHORN DRIVE<br>Reno, NV 89508 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ☑ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**ARRON AND CYNAMON HEIDE**<br>5740 RIVER BIRCH DRIVE<br>Reno, NV 89511 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,969.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ☑ No   ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    39342                    Best Case Bankruptcy

| Debtor | **AFFORDABLE PATIOS & SUNROOMS** | | Case number *(if known)* | **20-50017** |
|---|---|---|---|---|

Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,003.00** |
|---|---|---|---|

**AUDREY HAUG**
**15 ECLIPSE DRIVE**
**Sparks, NV 89441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,771.00** |
|---|---|---|---|

**BECKER FAMILY TRUST**
**8510 SPEARHEAD WAY**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,723.00** |
|---|---|---|---|

**BECKY ELLIS**
**9528 XANTHOS LANE**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRIAN R. TRUSLER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,771.00** |
|---|---|---|---|

**CHEN KWOK**
**275 WEST STREET**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  BREACH OF CONTRACT CLAIM

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,871.00** |
|---|---|---|---|

**CHERIE HALVERSON**
**5370 ETHEL WAY**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,254.00** |
|---|---|---|---|

**DAN LUCK**
**18516 SILVERBELL COURT**
**Reno, NV 89508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  BUSINESS DEBT

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **AFFORDABLE PATIOS & SUNROOMS** | Case number (if known) | **20-50017** |
| --- | --- | --- | --- |
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,235.00 |
| --- | --- | --- | --- |
| | **DAVID HENNESSY** | ☐ Contingent | |
| | **1235 CLIFF PARK WAY** | ☐ Unliquidated | |
| | **Reno, NV 89523** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,471.00 |
| --- | --- | --- | --- |
| | **DIANE RUDNICK** | ☐ Contingent | |
| | **1023 HERNDON TRAIL** | ☐ Unliquidated | |
| | **Reno, NV 89523** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,944.00 |
| --- | --- | --- | --- |
| | **EMELY SITKOFF** | ☐ Contingent | |
| | **2413 NAPOLI DRIVE** | ☐ Unliquidated | |
| | **Sparks, NV 89434** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,617.12 |
| --- | --- | --- | --- |
| | **FOUR SEASONS SUNROOMS** | ☐ Contingent | |
| | **5005 VETERANS MEMORIAL HIGHWAY** | ☐ Unliquidated | |
| | **Holbrook, NY 11741** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/2019** | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number  **8150** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,900.00 |
| --- | --- | --- | --- |
| | **FRANK LETO** | ☐ Contingent | |
| | **1083 TAZEWELL TRAIL** | ☐ Unliquidated | |
| | **Reno, NV 89523** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,994.00 |
| --- | --- | --- | --- |
| | **GARY HOCKENSON** | ☐ Contingent | |
| | **11765 MISTLETOE STREET** | ☐ Unliquidated | |
| | **Reno, NV 89506** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,268.00 |
| --- | --- | --- | --- |
| | **GLENN AND BONNIE DODD** | ☐ Contingent | |
| | **1555 CANTINIA DRIVE** | ☐ Unliquidated | |
| | **Sparks, NV 89436** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **BUSINESS DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | AFFORDABLE PATIOS & SUNROOMS | | Case number (if known) | 20-50017 |
|---|---|---|---|---|
| | Name | | | |

---

**3.17**

**Nonpriority creditor's name and mailing address**

**GLORIA RUDNICK**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**GREGORY WESTMORELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**JAMIE MCDONALD**
**5929 SOLSTICE DRIVE**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$17,871.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**JIM AND CYNDY WHITE**
**4795 CRESTSIDE DRIVE**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$10,327.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**JIM AND KELLY MCDANIELS**
**14320 QUIET MEADOW DRIVE**
**Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$9,393.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**JOE AND STACY ZEIGLER**
**3034 10 MILE DRIVE**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$18,783.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**JOHN COSSAVELLA**
**445 KATHY TERRACE**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** BUSINESS DEBT

Is the claim subject to offset? ■ No ☐ Yes

**$1,122.60**

---

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                     Case number (if known)    **20-50017**
_____
Name

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JOHN D. MOORE**
**MOORE LAW GROUP, PC**
**3715 LAKESIDE DRIVE, SUITE A**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LEGAL SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,471.00** |
|---|---|---|---|

**JOHN MCDONNELL**
**2946 E. NASHUA PLACE**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __BUSINESS DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,108.00** |
|---|---|---|---|

**JOHN TALKINGTON**
**4850 BRYCE DRIVE**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __BUSINESS DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSEPH ZEIGLER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __BUSINESS DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,756.00** |
|---|---|---|---|

**JUAN RODRIGUEZ**
**10696 FOXBERRY PARK DRIVE**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __BUSINESS DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,986.00** |
|---|---|---|---|

**KAPITUS SERVICING**
**2500 DISCOVERY BLVD., SUITE 200**
**Rockwall, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __BUSINESS DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,465.00** |
|---|---|---|---|

**KATE HANLON**
**1413 SNOW SUMMIT DRIVE**
**Reno, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __BUSINESS DEBT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | AFFORDABLE PATIOS & SUNROOMS | Case number (if known) | 20-50017 |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,327.00** |
|---|---|---|---|
| | KENT ELLIOTT<br>2875 SAVONA DRIVE<br>Sparks, NV 89434 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,571.00** |
|---|---|---|---|
| | LANA SCOLARI<br>820 LAGUARDIA LANE<br>Reno, NV 89511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | LEATHERS | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,486.00** |
|---|---|---|---|
| | LESLIE EVERETT ZIMMERMAN<br>906 BATES AVENUE<br>Reno, NV 89502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,774.00** |
|---|---|---|---|
| | LEWIS AND DAWN BREGNI<br>9211 SASSAFRASS TRAIL<br>Reno, NV 89523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | LEWIS WALTER MATTICE<br>11455 VERAZAE DRIVE<br>Reno, NV 89521 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,937.00** |
|---|---|---|---|
| | LORRIE HERN<br>9517 TENCENDUR LANE<br>Reno, NV 89521 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** BUSINESS DEBT | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                          Case number (if known)    **20-50017**
_____                          _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,755.00 |
|---|---|---|---|

**MATTHEW AND DEBORAH WOOD**
**1251 HEYBOURNE ROAD**
**Gardnerville, NV 89410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,189.60 |
|---|---|---|---|

**MONIQUE FESTINESE**
**C/O HEATHER A. IJAMES, ESQ.**
**LAW OFFICE OF HEATHER A. IJAMES**
**63 KEYSTONE AVENUE, SUITE 101**
**Reno, NV 89503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NEVADA STATE CONTRACTORS BOARD**
**5390 KIETZKE LANE, SUITE 102**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,809.00 |
|---|---|---|---|

**NORMAN HUCKLE**
**2970 IDLEWILD DRIVE**
**Reno, NV 89519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**O.S.R.**
**5005 VETRANS MEMORIAL HIGHWAY**
**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,997.00 |
|---|---|---|---|

**PAUL AND KARIN QUINONES**
**1169 BARN OWL DRIVE**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,671.00 |
|---|---|---|---|

**PAUL GRAY GILBERT**
**493 BECKWOURTH DRIVE**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **AFFORDABLE PATIOS & SUNROOMS** | Case number (if known) | **20-50017** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**RENO PATIO AND FIREPLACE, LLC**
**69 SUNSHINE LANE**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **DELINQUENT RENT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RICHARD HILL**
**P.O. BOX 2551**
**Reno, NV 89505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ATTORNEYS FEES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,136.94** |
|---|---|---|---|

**RICHARD SINTDENIF**
**2751 KENSINGTON PLACE**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RICHARD TAYLOR**
**910 GLENDALE AVE.**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RL ENGINEERING**
**675 Fairview Dr #205**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,998.00** |
|---|---|---|---|

**ROBB AND CAROL CHAMBERS**
**17915 SUNSET PEAK COURT**
**Reno, NV 89508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,285.00** |
|---|---|---|---|

**ROBERT F. LAUDER, P.E.**
**RL ENGINEERING**
**625 FAIRVIEW DRIVE #112**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ENGINEERING SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                                  Case number (if known)    **20-50017**
_____Name

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,871.00 |
|---|---|---|---|

**SAM AND MARY HICKMAN**
**5062 KIVA COURT**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,671.00 |
|---|---|---|---|

**SCOTT AND EDITH SANDBERG**
**6040 W. HIDDEN VALLEY DRIVE**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,246.00 |
|---|---|---|---|

**SHANE BILLAU**
**5385 TANNERWOOD DRIVE**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SPECTRUM**
**8413 EXCELSIOR DRIVE, SUITE 120**
**MADISON, WI 53717-1970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **ADVERTISING**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,228.00 |
|---|---|---|---|

**STACIE SELMI**
**2255 CHAROLAISE DIRCLE**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,917.00 |
|---|---|---|---|

**STEVE ROMERO**
**2602 SWEET CLOVER COURT**
**Minden, NV 89423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,809.00 |
|---|---|---|---|

**SUE KOZAK**
**160 CARSON RIVER DRIVE**
**Dayton, NV 89403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **BUSINESS DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **AFFORDABLE PATIOS & SUNROOMS**                    Case number (if known)    **20-50017**
     Name

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | $9,871.00 |
| | **TAMMY POTTER** | |
| | **1795 WABASH CIRCLE** | |
| | **Sparks, NV 89434** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | $9,871.00 |
| | **TERESA SNAZA** | |
| | **7641 DEVONSHIRE LANE** | |
| | **Reno, NV 89511** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | $21,457.00 |
| | **TIMOTHY AND DENISE STIGER** | |
| | **20972 WHITE ROCK DRIVE** | |
| | **Reno, NV 89508** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | $9,446.00 |
| | **TODD KOPPER** | |
| | **4765 WONDERSTONE DRIVE** | |
| | **Sparks, NV 89436** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | Unknown |
| | **TODD STIGEN** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | $12,271.00 |
| | **TOM ROGERS** | |
| | **2089 MARCUS WAY** | |
| | **Sparks, NV 89436** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | $9,871.00 |
| | **TRACEY AND LEROY REAY** | |
| | **208 RAY MAY WAY** | |
| | **Gardnerville, NV 89410** | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **AFFORDABLE PATIOS & SUNROOMS** | Case number (if known) | **20-50017** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,201.00** |
|---|---|---|---|

**TRI STATE DISTRIBUTORS, INC.**
**PO BOX 3623**
**Spokane, WA 99220-3623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2019

Last 4 digits of account number  5000

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,078.00** |
|---|---|---|---|

**TRIAN TRUSLER**
**205 SILVER HORSE ROAD**
**Reno, NV 89510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,378.00** |
|---|---|---|---|

**WALT AND GAYLE MATTICE**
**11455 VERAZAE DRIVE**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,136.00** |
|---|---|---|---|

**WAYNE RIGBY**
**1266 BELLATRIX WAY**
**Sparks, NV 89441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **BUSINESS DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **MONIQUE FESTINESE**<br>**3347 POCO REY COURT**<br>**Sparks, NV 89436** | Line  **3.39**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 961,332.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 961,332.26 |

**Fill in this information to identify the case:**

Debtor name   **AFFORDABLE PATIOS & SUNROOMS**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **20-50017**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AFFORDABLE PATIOS & SUNROOMS** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-50017** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |