*[signature: Bruce T Beesley]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 06, 2020

MICHAEL LEHNERS, ESQ.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
P: 775-786-1695
F: 775-786-0799
E: michaellehners@yahoo.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE: | BK CASE NO.: 20-50017-btb<br>(Chapter 7) |
| AFFORDABLE PATIOS & SUNROOMS,<br>dba RENO PATIO AND FIREPLACES, | NO HEARING REQUIRED |
| Debtors. _____/ | |

**ORDER APPROVING APPLICATION OF TRUSTEE TO
EMPLOY ATTORNEY**

Christopher Burke, Trustee of the estate of the Debtor above named, having filed his application for the approval of his employment of Michael Lehners, Esq., as his counsel to assist him with his statutory duties under the Bankruptcy Code, the court having examined the application and verification of Michael Lehners, Esq., and for good cause appearing,

IT IS HEREBY ORDERED that the employment of Michael Lehners, Esq. for Christopher Burke is hereby approved,

IT IS FURTHER ORDERED that Mr. Lehners shall be compensated at a reasonable rate subject to application and approval from the Bankruptcy Court.

Submitted by:

_____
Michael Lehners, Esq.
Attorney for Trustee
Christopher Burke

# # #