LAW OFFICE OF NATHAN R. ZELTZER,
Nathan R. Zeltzer, Esq., SBN 5173
232 Court St.
Reno, Nevada 89501
(775) 786-9993
nrzbk@yahoo.com

Attorney for Interested Party
Reno Patio & Fireplaces, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

IN RE:

AFFORDABLE PATIOS &
SUNROOMS, dba RENO PATIO
AND FIREPLACES

    Debtor,
_____/

CASE NO. BK-20-50017BTB
Chapter 7

**REQUEST FOR SPECIAL NOTICE**

TO THE DEBTOR'S ATTORNEY, TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:

    You are hereby given notice that NATHAN R. ZELTZER, attorney at law, represents creditor RENO PATIO AND FIREPLACES, LLC in this matter.

    You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rules 2002 and 3017(a), and the Local Rules of the Bankruptcy Court, such notices should be sent to the address set forth below, or electronically to:

    Nathan R. Zeltzer, Esq.
    232 Court St.
    Reno, NV 89501
    nrzbk@yahoo.com

Dated: 3/10/20

/s/ Nathan R. Zeltzer
Nathan R. Zeltzer,
Attorney for Reno Patio & Fireplaces, LLC

1