RICHARD G. HILL, ESQ.
State Bar No. 596
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
Phone: (775) 348-0888
Fax: (775) 348-0858
rhill@richardhillaw.com
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| IN RE | CASE NO. BK-20-50017-btb |
|---|---|
| AFFORDABLE PATIOS & SUNROOMS, dba RENO PATIO AND FIREPLACES, | (CHAPTER 7) |
| Debtors. | DATE: N/A |
| | TIME: N/A |

### REQUEST FOR NOTICE AND PLEADINGS

TO:     CLERK, UNITED STATES BANKRUPTCY COURT; and

TO:     DARBY LAW PRACTICE, LTD., and KEVIN A. DARBY, ESQ., attorneys for debtors.

REQUEST IS HEREBY MADE that all further notices and pleadings, including all plans of reorganization and disclosure statements, in the above entitled matter and in all adversary proceedings be sent to the following:

Richard G. Hill, Esq.
Richard G. Hill, Ltd.
652 Forest Street
Reno, Nevada 89509

rhill@richardhillaw.com

DATED this _11th_ day of March, 2020.

RICHARD G. HILL, LTD.

_/s/ Richard G. Hill_
RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of RICHARD G. HILL, LTD., and that on the 11th day of March, 2020, I electronically filed the foregoing **Request for Special Notice and Pleadings** with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

U.S Trustee - RN - 7
300 Booth Street, Ste. 3009
Reno, Nevada 85909

Christopher P. Burke, Esq.
United States Trustee
702 Plumas Street
Reno, Nevada 89509

Michael Lehners, Esq.
429 March Avenue
Reno, Nevada 89509

Kevin A. Darby, Esq.
Darby Law Practice, Ltd.
4777 Caughlin Pkwy
Reno, Nevada 89519

*/s/ Gabriela Revell*

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858