LNATHAN R. ZELTZER, ESQ.
The Law Office of Nathan R. Zeltzer, Ltd.
SBN #5173
232 Court St.
Reno, Nevada 89501
(775) 329-6400

ECF filed: 3/12/20

Attorney for Reno Patio and
Fireplaces, LLC a Nevada
Limited liability company,
Et al

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
o0o

IN RE

AFFORDABLE PATIOS & SUNROOMS
dba RENO PATIO AND FIREPLACES,
Debtor(s).
_____/
CHRISTOPHER P. BURKE, CHAPTER
SEVEN TRUSTEE

Plaintiff,
vs.

AFFORDABLE PATIOS & SUNROOMS
dba RENO PATIO AND FIREPLACES a
Nevada Corporation, RENO PATIO AND
FIREPLACES, LLC a Nevada limited
liability company,
MILL STREET AUTO, a fictitious
business entity
Of RENO PATIO AND FIREPLACES
LLC, and RICHARD TAYLOR, an
individual

Defendants,
_____/

BK-N-20-50017-BTB

CHAPTER 7

Adv. No. 20-05004

## DECLARATION OF JOHN WOODLEY IN SUPPORT OF RESPONSE TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS

I, John Woodley, hereby declare and state under penalty of perjury under the laws of the State of Nevada, and the United States, as follows;

1. I am a resident of the state of Washington. I am the sole manager of Reno Patio & Fireplaces LLC

1

(hereafter LLC).

2. I am also the beneficiary of a trust, which owns 50% of the LLC. I have a business background and have been involved in the liquation of multiple companies.

3. Until February 2020, Mill Street Auto operated a retail auto sales business at 690 Sunshine Lane, Reno. The assets of the auto business consisted of automobiles, contracts from the sale of autos known as "buy here pay here" and normal business assets. Since Mill Street closed, we are attempting to maximize the liquidation of our assets to be able to pay the substantial Mill Street creditors that we have with amounts currently due and owing.

4. The "buy here pay here" are the sale of autos to buyers who do not have the credit to finance the vehicles from normal auto lending facilities. Therefore, the dealer sells the vehicles and retains the contracts and collects on them. The default rate on these contracts is high and can be as high as 50%.

5. This requires knowledge of the business. It requires the repossession of the vehicles for non-payment, which can be difficult if the buyer is uncooperative as is usually the case. It requires the determination of whether the vehicle needs to be reconditioned before sale (and how much reconditioning). It requires knowing where to sell the vehicle depending on the condition of the vehicle in order to get the maximum value from the collateral. Thereafter, it usually requires chasing the buyer to obtain payment of the deficiency between the contract amount and the amount obtained by the sale of the vehicle. These steps require special knowledge and experience.

6. Presently Mill Street Auto has over $300,000 in contracts. More that 25 of these contracts are delinquent and more than 20 vehicles need to be repossessed, reconditioned, and sold.

7. Additionally, Mill Street Auto does not have any funds available to it to pay the utilities so that our tenants at the Glendale property do not have the utilities they need to operate. See copies of outstanding bills due attached as Exhibit "A" incorporated by reference.

8. Mill Street Auto, at its Sunshine Lane facility, does not have power to have access to the internet

2

which is the only location accessible to the cloud storage of Mill Street Auto's financial information.

9. If the court is not going to let Mill Street Auto handle its own contracts, then I would recommend it have a knowledgeable industry profession do so.

The above information is true and correct to the best of my knowledge, and if called to testify, I could and would testify to the truth of the matters asserted.

Dated:  March _12_, 2020,             /s/John Woodley
                                              John Woodley

# EXHIBIT A

# EXHIBIT A

**Fwd: Receipt for Invoice: ████68**

Richard Taylor <rich@millstreetauto.com>
Thu 3/12/2020 8:53 AM

To: nathan@zlaw.com <nathan@zlaw.com>

DMS system that is paid monthly or it will be turned off
Rich
To track bhph pmts


Begin forwarded message:

> **From:** Rafi Tizabi <Rafi.Tizabi@automanager.com>
> **Date:** March 1, 2020 at 2:00:58 PM PST
> **To:** Rich@millstreetauto.com
> **Subject: Receipt for Invoice: ████68**

**Dear Richard Taylor:**

Your card number ending in 0361 for your AutoManager customer account **Mill Street Auto** (Client ID: ████982) was charged **$80.00** on 03/01/2020 for services listed below.

If you have any questions, please contact your Account Representative Rafi Tizabi at (800) 300-2808 X 103.

Sincerely,
AutoManager, Inc.

| Invoice# ████68 | | | | Date: 03/01/2020 |
|---|---|---|---|---|
| **Item** | **Descripton** | **Price** | **Qty** | **Total** |
| HSMONTHLY | Hosting Subscription Renewal | $8000 | 1 | $80.00 |
| | | | Total: | $80.00 |
| | | | **Payment:** | **$80.00** |
| | | | Total Due: | $0.00 |
| **Paid with: Visa ending in 0361** | | | | |

## Fwd: Service Cancellation Notice

Richard Taylor <rich@millstreetauto.com>
Thu 3/12/2020 8:47 AM
To: nathan@zlaw.com <nathan@zlaw.com>

Begin forwarded message:

**From:** Waste Management <WM@notifications.wm.com>
**Date:** March 9, 2020 at 6:22:36 AM PDT
**To:** Rich@millstreetauto.com
**Subject: Service Cancellation Notice**
**Reply-To:** "WMCOLLECTIONSSOUTH4@WM.COM"
<WMCOLLECTIONSSOUTH4@WM.COM>

Waste Management

Welcome

Hello Reno Patio And Fireplace,

Please note that you are past due and have a closed account. Make a one-time payment of the total amount due or call us at 1-866-218-3220 so we can help you reinstate your service as quickly as possible. Suspension and/or resume charges* may apply.

**MAKE A PAYMENT**

We appreciate your attention to this matter and look forward to continue supporting your waste management needs.

| | |
|---|---|
| Customer ID | 8009 |
| Current Charges | $306.67 |
| Total Amount Due | $1190.18 |

**Service Address**

Reno Patio And Fireplace
910 Glendale Ave
Sparks, NV 89431-5720
1-775-348-9600
rich@renopatio.com

**Billing Address**

Reno Patio And Fireplace
910 GLENDALE AVE
SPARKS, NV 89431-5720
1-775-348-9600
rich@millstreetauto.com

# 5 Easy Ways To Pay

**Automatic Payment**
Set up recurring payments with us at
wm.com/myaccount.

**Pay Through Your Financial Institution**
Make a payment from your financial institution using your Customer ID.

**One-Time Payment**
At your desk or on the go, use wm.com or our WM mobile app for a quick and easy payment.

**Automated Pay by Phone**
Payable 24/7 using our automated system at
1-866-964-2729.

**Mail It**
Write it, stuff it, stamp it, mail it.

\* The Resume charge on your invoice is a one-time charge to cover the costs of reinstating services on your account.

When an account is placed on hold due to non-payment, and then later reinstated, we go through processes similar to when first setting up an account. The Resume charge represents the cost of this action.

We offer an automatic payment service which may be helpful in avoiding any future service interruptions. You can register for this feature on wm.com. If you are signed up for both automatic payments and paperless billing, the $6.50 Administrative charge will be waived.

Download our mobile app.

**Available on the iPhone - App Store**

**Android app on - Google Play**

**Fwd: Waste Management Services Have Been Cancelled**

Richard Taylor <rich@millstreetauto.com>
Thu 3/12/2020 8:44 AM
To: nathan@zlaw.com <nathan@zlaw.com>

Begin forwarded message:

**From:** Waste Management <WMCOLLECTIONSSOUTH4@WM.COM>
**Date:** March 5, 2020 at 4:24:34 PM PST
**Subject: Waste Management Services Have Been Cancelled**
**Reply-To:** <WMCOLLECTIONSSOUTH4@WM.COM>

Waste Management - ThinkGreen
My Account | Customer Service
Waste Management - Invoice Request

Our records indicate your service has been cancelled with our company and an outstanding balance is owed. We would like to work with you toward a resolution and avoid possible placement with a collection agency or an attorney.

**Please contact or use a payment option below.**

Customer Name:
RENO PATIO AND FIREPLACE
Customer ID:
████████3009
Service Address:
910 Glendale Ave
Sparks, NV 89431-5720

# Payment Options

When calling, please reference your Customer ID in the subject line.

| Submit your request | Submit your reques | Submit your reques |
|---|---|---|
| **Pay online** www.WM.com | **Contact us:** 866-218-3220 | **Automated pay by phone:** 866-964-2729 |

You may also set up auto-pay at www.WM.com

If you are mailing a check, please call or reply to this email with check details.

---

Download our mobile app.

Available on the iPhone - App Store

Android app on - Google Play

2016 Waste Management, Inc.                                    ThinkGreen

---

This email was sent by: Waste Management, 1001 Fannin, Suite 4000, Houston, TX, 77002. In addition, www.wm.com is available 24 hours a day, seven days a week, as a communication and information tool for your use. If you have received this message in error, or if you would like to edit or manage your account preferences you can do so by clicking here.

**Recycling is a good thing. Please recycle any printed emails.**