NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−20−50017−btb<br>CHAPTER 7 |
| AFFORDABLE PATIOS & SUNROOMS<br>   dba RENO PATIO AND FIREPLACES | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *52* – Answer with Certificate of Service Filed by NATHAN R. ZELTZER on behalf of RENO PATIO AND FIREPLACES (Related document(s)36 Motion to Sell Free and Clear of Liens Under Section 363(f)) filed by Trustee CHRISTOPHER P. BURKE.) (ZELTZER, NATHAN) |
| | *53* – Declaration Of: JOHN WOODLEY Filed by NATHAN R. ZELTZER on behalf of RENO PATIO AND FIREPLACES, LLC (Related document(s)52 Answer filed by Interested Party RENO PATIO AND FIREPLACES, LLC) (ZELTZER, NATHAN) |
| Filed On: | 3/12/20 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * Case Number(s)

Dated: 3/13/20

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**