Law Office of Nathan R. Zeltzer
NATHAN R. ZELTZER, ESQ.
The Law Office of Nathan R. Zeltzer, Ltd.
232 Court St.
Reno, Nevada 89501
(775) 329-6400

ECF filed: 4/6/20

Attorney for Reno Patio and Fireplaces, LLC a Nevada Limited liability company, Et al

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
oOo

IN RE

AFFORDABLE PATIOS & SUNROOMS dba RENO PATIO AND FIREPLACES,
            Debtor(s).

BK-N-20-50017-BTB

CHAPTER 7

Adv. No. 20-50004-BTB

CHRISTOPHER P. BURKE, CHAPTER SEVEN TRUSTEE

            Plaintiff,

    vs.

AFFORDABLE PATIOS & SUNROOMS dba RENO PATIO AND FIREPLACES a Nevada Corporation, RENO PATIO AND FIREPLACES, LLC a Nevada limited liability company, MILL STREET AUTO, a fictitious business entity of RENO PATIO AND FIREPLACES LLC, and RICHARD TAYLOR, an individual

            Defendants,
                              /

**STIPULATION TO EXTEND TIME TO FILE ANSWER TO ADVERSARY COMPLAINT**

   The Debtor, Reno Patio and Fireplaces a Nevada Corporation, and the Chapter 7 Trustee, Christopher P. Burke, hereby enter

1

this Stipulation to allow Reno Patio and Fireplaces, LLC to extend time to file an Answer as to the Plaintiff's Adversary Complaint.

1. The above Defendant's affiliated company Affordable Patios and Sunrooms dba Reno and Patio and Fireplaces filed its Ch. 7 bankruptcy on January 7, 2020.

2. The initial 341 meeting of creditors was scheduled for February 6, 2020 and has been continued to April 16, 2020.

3. One of the Defendant's principal/co-member was served with process on the Summons and Adversary Complaint on March 3, 2020.

4. The instant Defendant has been in negotiations with the Plaintiff on the merits of the Adversary Complaint and believes a settlement may be possible in this lawsuit.

5. The Plaintiff and Defendant agree to a 60-day extension to allow further negotiations on the lawsuit.

6. It is in the best interest of both parties to extend time for filing an Answer in this matter.

THE ABOVE IS AGREED AND ACCEPTED BY THE PARTIES

/s/Nathan R. Zeltzer
Attorney for Defendant
Reno Pation and Fireplaces, LLC

/s/
Attorney for Chapter 7 Trustee

2