| | |
|---|---|
| 1 | Jeffrey L. Hartman, Esq. |
| | Nevada Bar No. 1607 |
| 2 | **HARTMAN & HARTMAN** |
| | 510 W. Plumb Lane, Suite B |
| 3 | Reno, NV 89509 |
| | Telephone: (775) 324-2800 |
| 4 | Fax: (775) 324-1818 |
| | notices@bankruptcyreno.com |
| 5 | Attorney for MEI H. HERBERT TRUST |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

AFFORDABLE PATIOS & SUNROOMS,

    Debtor.

Case No.: BK-20-50017-btb
(Chapter 7)

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

(No Hearing Required)

To:    Clerk of the Court
        United States Bankruptcy Court
        District of Nevada

**PLEASE** enter the appearance of Jeffrey L. Hartman of the firm of Hartman & Hartman, pursuant to F.R.Bankr.P. Rule 9010(b) as attorney for interested party Mei H. Herbert Trust. As an interested party and, pursuant to F.R.Bankr.P. 2002, Mei H. Herbert Trust requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following address:

Jeffrey L. Hartman, Esq.
Hartman & Hartman
510 W. Plumb Lane, Ste. B
Reno, NV 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
Email: notices@bankruptcyreno.com

///

1

and that this address be added to the official List of Creditors (Matrix) maintained in this case by the Clerk of the Court.

      Please take further notice that the foregoing request includes not only the notices and appearance referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, which affects or seeks to affect in any way the rights or interest of parties in interest in this case.

      The Notice of Appearance, Request for Matrix Entry and Request for Service of all Notices and Documents shall not be deemed or construed to be a waiver of any rights by Mei H. Herbert Trust (1) to have final orders in "Stern claims" or noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs or recoupments to which it may be entitled, in law or in equity.  All of these rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

      DATED: April 21, 2020.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
Attorney for Mei H. Herbert Trust