DEMETRAS LAW
J. Craig Demetras
State Bar No. 4246
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600 Telephone
(775) 348-9315 Facsimile
mail@demetraslaw.com

Attorney for Richard Taylor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:

AFFORDABLE PATIOS & SUNROOMS dba RENO PATIO AND FIREPLACES,

Debtor.
_____/

Case No. BK-N-20-50017-btb
Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

[No Hearing Required]

TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that J. Craig Demetras of Demetras Law, hereby enters his appearance as attorney for Richard Taylor, in the above proceeding, and, pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case, and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

J. Craig Demetras
Demetras Law
230 E. Liberty Street
Reno, Nevada 89501
jcd@demetraslaw.com
mail@demetraslaw.com

1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED:     May 26, 2009

Demetras Law

By _/s/ Craig Demetras_
J. Craig Demetras
Attorney for Richard Taylor

2