_Bruce T Beesley_
—————————————————————
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 18, 2020

Michael Lehners, Esq.
Nevada Bar No.: 003331
*michaellehners@yahoo.com*
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
Attorney for:
Chapter 7 Trustee
Christopher P.Burke

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re: | Case No. BK-20-50017-BTB |
| AFFORDABLE PATIOS & SUNROOMS dba RENO PATIO AND FIREPLACES | Chapter 7 |
| Debtor. | Hearing Date: 5/28/20<br>Hearing Time: 10:00 a.m.<br>Con't Hearing Date: 6/12/20<br>Con't Hearing Time: 10:00 a.m. |

**ORDER ON STATUS HEARING ON ORDER APPROVING MOTION FOR ORDER TO VACATE PROPERTY OF THE ESTATE AND FOR ENFORCEMENT REMEDIES IN THE EVENT OF NON-COMPLIANCE (DKT. 100)**

THIS MATTER having come before the Court on Trustee, Christopher Burke's ("Trustee") Motion for Order to Vacate Property of the Estate and for Enforcement Remedies in the Event of Non-Compliance on Shortening Time [Dkt. 100], and there being no opposition, nor appearance by any creditor, and  Trustee Christopher P. Burke appearing, and Michael Lehners, Esq., appearing on behalf of Trustee, Craig Demetras, Esq. appearing on behalf of Richard Taylor, and the Court having read the pleadings and good cause appearing therefore;

IT IS THEREFORE THE ORDER OF THE COURT that the Motion for Order to Vacate Property of the Estate and for Enforcement Remedies in the Event of Non-Compliance is hereby GRANTED;

IT IS FURTHER THE ORDER OF THE COURT that Trustee is approved to lock up property of the estate known as 910 Glendale Avenue, Sparks, Nevada commencing 5:00 p.m. Friday, June 12, 2020;

IT IS FURTHER THE ORDER OF THE COURT that Trustee is approved to use his discretion in removing any remaining tenants or squatters from the 910 Glendale property;

IT IS FURTHER THE ORDER OF THE COURT this is "Speaking Order" that is effective upon the Court orally pronouncing it.


IT IS SO ORDERED.



Prepared by:                                        Approved (X) Disapproved (  )

/s/ Christopher P. Burke, Esq.                      /s/ Craig Demetras, Esq.
Christopher P. Burke,                               Craig Demetras, Esq.
Chapter 7 Trustee                                   Counsel for Richard Taylor



/s/ Michael Lehners, Esq.
Michael Lehners, Esq.
Attorney for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * *

ALTERNATIVE METHOD          Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____ The court waived the requirements of approval under LR 9021 (b)(1).

_____ No parties appeared or filed written objections, and there is no trustee appointed in this case.

___X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

On June 16th 2020 emailed to: Craig Demetras, Esq.
Counsel for Richard Taylor at:**mail@demetras-oneill.com**

_____ No opposition was filed to the motion and no counsel appeared at the hearing.

# # #